# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00218-CV

## In re Carmen Chase Hunter

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining that the district clerk has not provided her with a supplemental record that she requested only nine days ago. Having reviewed the petition and record provided, we deny the petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:  April 15, 2015